…… /////…..